Terrance J. Slominski, OSB# 81376
David W. Venables, OSB#081291
7150 SW Hampton, Suite 201
Tigard, OR 97223
Telephone    (503) 968-2505
Facsimile    (503) 684-7950
Email        tjslominski@yahoo.com
Email:       venables.slominski.law@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| DUSTIN R. RINEHART AND STACEY RINEHART<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB, a California headquartered federal savings bank, REGIONAL TRUSTEE SERVICES CORPORATION, a Washington corporation, FEDERAL NATIONAL MORTGAGE ASSOCIATION INC., a Delaware Corporation.<br>Defendants. | No. 6:10-cv-06331-AA<br><br><br>MOTION FOR ENTRY OF DEFAULT AGAINST FEDERAL NATIONAL MORTGAGE ASSOCIATION |

**MOTION**

In accordance with Fed. R. Civ. P. 55(a), Plaintiffs hereby move the court for an order of default against Defendant Federal National Mortgage Association for failure to plead or otherwise defend**.** Defendant was duly served with Summons and Complaint on October 20, 2010, in the manner prescribed by law, the time for answering or appearing has expired, and defendant Federal National Mortgage Association has not answered or

Page 1 -   **MOTION FOR DEFAULT - FEDERAL NATIONAL MORTGAGE ASSOCIATION**

otherwise appeared.

    As points and authorities, plaintiffs rely on the declaration of David W. Venables and the records and files of this court.

Dated this 16th day of November, 2010

          /s/ David W. Venables
          David W. Venables, OSB 081291
          SLOMINSKI AND ASSOCIATES
          7150 SW Hampton St. Ste 201
          Tigard, OR 97223
          Trial Attorney: Terrance Slominski

Page 2 -    **MOTION FOR DEFAULT - FEDERAL NATIONAL MORTGAGE ASSOCIATION**