Terrance J. Slominski, OSB# 81376
David W. Venables, OSB#081291
7150 SW Hampton, Suite 201
Tigard, OR 97223
Telephone         (503) 968-2505
Facsimile         (503) 684-7950
Email             tjslominski@yahoo.com
Email:            venables.slominski.law@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| DUSTIN R. RINEHART AND STACEY RINEHART,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB, a California headquartered federal savings bank, REGIONAL TRUSTEE SERVICES CORPORATION, a Washington corporation, FEDERAL NATIONAL MORTGAGE ASSOCIATION INC., a Delaware Corporation.<br><br>Defendants. | No. 6:10-cv-06331-AA<br><br>DECLARATION OF DAVID VENABLES IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST FEDERAL NATIONAL MORTGAGE ASSOCIATION |

I, David W. Venables, declare as follows:

1. I am one of the attorneys for plaintiffs in the above-entitled matter.

2. Defendant Federal National Mortgage Association is a Delaware corporation and is not a person in military service.

3. Defendant's principal office was served on October 20, 2010, the date a receipt for mailing was signed.

///

Page 1 -    **DECLARATION IN SUPPORT OF DEFAULT**

SLOMINSKI & ASSOCIATES
*Attorneys at Law*
7150 SW Hampton, Suite 201
Tigard OR 97223
503-968-2505

4.  To my knowledge, neither Defendant nor any attorney purporting to represent Defendant in this action has contacted our office or otherwise appeared.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

Executed this 16th day of November, 2010

/s/ David W. Venables
David W. Venables, OSB #081291
SLOMINSKI AND ASSOCIATES
Tigard, OR 97223

Page 2 -   **DECLARATION IN SUPPORT OF DEFAULT**