Terrance J. Slominski, OSB# 81376
David W. Venables, OSB #081291
7100 SW Hampton, Suite 101
Tigard, OR 97223
Telephone      (503) 968-2505
Facsimile      (503) 684-7950
Email:         tjslominski@yahoo.com
Email:         Venables.Slominski.Law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DUSTIN R. RINEHART AND STACEY RINEHART, | No. 6:10-cv-06331-AA |
| Plaintiffs, | DECLARATION OF KENT ANDERSON |
| v. | |
| ONEWEST BANK, FSB, a California headquartered federal savings bank, REGIONAL TRUSTEE SERVICES CORPORATION, a Washington corporation, FEDERAL NATIONAL MORTGAGE | |

I, Kent Anderson, make this declaration based on personal knowledge of the facts stated herein and

subject to penalties of perjury.

Page 1      DECLARATION OF KENT ANDERSON

1. I am an attorney practicing law in Eugene, Oregon since 1978. I am the holder of a current certificate in Consumer Bankruptcy issued by the American Board of Certification. My practice involves representing individuals in Bankruptcy.

2. In the late summer of 2010, Dustin Rinehart consulted with me regarding filing a Chapter 13 Bankruptcy petition on their behalf.

3. At that time I was aware that my clients had a HAMP modification being processed and I was prepared to file the Chapter 13 petition in the event that their request was denied. I did not file a bankruptcy petition on behalf of Dustin and Stacy Rinehart because Mr. Rinehart informed me that the lender was considering their loan for modification.

Dated this 17th day of November, 2011.

Kent Anderson, OSB# 781256

Page 2   DECLARATION OF KENT ANDERSON

Slominski & Associates
*Attorneys at Law*
7100 SW Hampton, Ste 101
Tigard, OR 97223
503-968-2505